IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JERMAINE PICKETT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:09-cv-22 (HL) |
| NURSES HOWARD and COLE, | : | |
| Defendants. | : | |

### ORDER

Before the Court is the Recommendation (Doc. 44) of the United States Magistrate Judge Thomas Q. Langstaff. The Magistrate Judge recommends granting the Defendants' motion for summary judgment (Doc. 29). The Plaintiff has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation. Defendants' Motion for Summary Judgment (Doc. 29) is granted. The clerk's office is directed to close the case.

**SO ORDERED**, this the 23rd day of September, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

lmc